LORETTA MATTHEWS, PLAINTIFF-PETITIONER, v. ANNA FINNEGAN, DEFENDANT-RESPONDENT.

*Mr. Jay J. Toplitt* for the petitioner.

May 16, 1960. Denied.

MARYLAND CREDIT FINANCE CORPORATION, PLAINTIFF-RESPONDENT, v. ROSE REEVES *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Franklin W. Kielb* for the petitioners.

*Mr. Burton Peskin* for the respondent.

May 16, 1960. Denied.